UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

      Plaintiff,

v.                     Case No:  2:18-cv-601-FtM-99MRM

REDLANDS CHRISTIAN MIGRANT
ASSOCIATION, INC.,

      Defendant.

_____

**ORDER TO SHOW CAUSE**

This matter comes before the Court on review of the file.  On November 8, 2018, defendant filed a Motion for a More Definite Statement, Motion to Strike and Counterclaim (Doc. #9) against in response to and against plaintiff.  The docket reflects no response to the motions[1], or an answer or motion in response to the Counterclaim[2].

Accordingly, it is now

**ORDERED:**

_____

[1] See M.D. Fla. R. 3.01(b) ("Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request. . . .").

[2] See Fed. R. Civ. P. 12(a)(1)(B) ("A party must serve an answer to a counterclaim or crossclaim within 21 days after being served with the pleading that states the counterclaim or crossclaim.")

1. Plaintiff Employers Insurance Company of Wausau shall respond to the motions within **SEVEN (7) DAYS** of this Order. If no response is filed, the Court will rule without further notice.

2. Plaintiff shall also show cause within **SEVEN (7) DAYS** of this Order why a default as to the Counterclaim should not be entered. **The failure to respond to the Order to Show Cause, or to respond to the Counterclaim will result in the entry of a default without further notice.**

**DONE and ORDERED** at Fort Myers, Florida, this ___3rd___ day of December, 2018.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record