UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

    Plaintiff,

v.                        Case No: 2:18-cv-601-FtM-99MRM

REDLANDS CHRISTIAN MIGRANT
ASSOCIATION, INC.,

    Defendant.

_____

**ORDER**

    This matter comes before the Court on review of the file. On December 3, 2018, the Court issued an Order to Show Cause (Doc. #11) directing plaintiff to respond to pending motions and to show cause why a default should not be entered as to defendant's Counterclaim (Doc. #9). No responses to the motions for a more definite statement and motion to strike, or the Counterclaim were filed, and the time to respond has expired. Plaintiff was on notice that the failure to respond to the Counterclaim would result in the entry of a default without further notice. The Court will consider the motions without a response, and a default shall issue.

    Accordingly, it is hereby

    **ORDERED:**

The Clerk shall issue a default against plaintiff as to the Counterclaim (Doc. #9).

**DONE and ORDERED** at Fort Myers, Florida, this __11th__ day of December, 2018.

*[signature: John E. Steele]*

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record