UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

    Plaintiff/Counter-
    Defendant,

v.                        Case No: 2:18-cv-601-FtM-99MRM

REDLANDS CHRISTIAN MIGRANT
ASSOCIATION, INC.,

    Defendant/
    Counter-Plaintiff.

## ORDER

This matter comes before the Court on Counter-Defendant Employers Insurance Company of Wausau's (Wausau) Motion to Strike Redlands Pleadings (Doc. #21) filed on February 6, 2019. Wausau moves to strike Redland's Answer, Affirmative Defenses, Motion for More Definite Statement, Motion to Strike, and Counterclaim (Doc. #9) because it improperly combines the Answer and Motions into one document. The Court agrees and will direct that the hybrid filing be stricken to be refiled as separate documents.[1] Wausau also

---

[1] The Court also notes that the hybrid filing included a Motion for More Definite Statement and an Answer to the Complaint. (Doc. #9.) A motion for more definite statement is appropriate if a pleading "is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading" and must be made *before* a responsive pleading is filed. Fed. R. Civ. P. 12(e).

moves for a more definite statement of Redland's counterclaim (Doc. #18), but since the Court has stricken the counterclaim to be refiled, Wausau may refile its motion for more definite statement if appropriate after the new filing.

Accordingly, it is hereby

**ORDERED:**

1. Counter-Defendant Employers Insurance Company of Wausau's Motion to Strike Redlands Pleadings (Doc. #21) is **GRANTED.** Doc. #9 is stricken, and the Clerk is directed to make a notation on the docket.

2. Counter-Defendant Employers Insurance Company of Wausau's Motion for More Definite Statement (Doc. #18) is **DENIED WITHOUT PREJDUICE.**

**DONE and ORDERED** at Fort Myers, Florida, this __8th__ day of March, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record