UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

    Plaintiff,

v.                     Case No:  2:18-cv-601-FtM-99MRM

REDLANDS CHRISTIAN MIGRANT
ASSOCIATION, INC.,

    Defendant.
_____

**ORDER**

    This matter comes before the Court on review of the file. On March 13, 2019, defendant filed a Motion for More Definite Statement (Doc. #27) and on March 15, 2019, defendant also filed a Motion to Strike Plaintiff's Attorney Fee Claim From Complaint (Doc. #28). Plaintiff has not filed a response to either motion pursuant to M.D. Fla. R. 3.01(b), and the time to do so has expired.

    Accordingly, it is hereby

    **ORDERED:**

    Plaintiff shall file a response to the Motion for More Definite Statement (Doc. #27) and Motion to Strike Plaintiff's Attorney Fee Claim From Complaint (Doc. #28) within **fourteen (14) days** of this Order. If no response is filed, the Court will rule

on the motions without further notice and without the benefit of a response.

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of April, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record