UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

    Plaintiff,

v.                           Case No: 2:18-cv-601-FtM-99MRM

REDLANDS CHRISTIAN MIGRANT
ASSOCIATION, INC.,

    Defendant.

_____

**ORDER TO SHOW CAUSE**

On April 1, 2019, the Court issued an Order to Show Cause (Doc. #30) for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B). The time to respond or file a Case Management Report expired without action by plaintiff.[1]

Accordingly, it is now

**ORDERED:**

Plaintiff shall show cause within **SEVEN (7) DAYS** why the case should not be dismissed for failure to prosecute. **The failure to**

---

[1] The Court notes that plaintiff also elected not timely response to the pending Motion for More Definite Statement (Doc. #27) and Motion to Strike Plaintiff's Attorney Fee Claim From Complaint (Doc. #28). P

**respond to this Order to Show Cause will result in a dismissal of the case without further notice.**

DONE and ORDERED at Fort Myers, Florida, this __16th__ day of April, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record
DCCD