UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

    Plaintiff,

v.                         Case No: 2:18-cv-601-FtM-99MRM

REDLANDS CHRISTIAN MIGRANT
ASSOCIATION, INC.,

    Defendant.

_____

### ORDER

On April 16, 2019, the Court issued an Order to Show Cause (Doc. #31) directing plaintiff to show cause why the case should not be dismissed for failure to prosecute. Plaintiff was on notice that the failure to respond would result in a dismissal without prejudice and without further notice. No response has been filed and the time to respond has expired.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

This action is **DISMISSED** without prejudice for failure to prosecute. The Clerk shall enter judgment accordingly, terminate

all previously scheduled deadlines and pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of April, 2019.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record